UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
CORECIVIC,                                                :
                                    Plaintiff,            :
                                                          :          20 Civ. 3436 (LGS)
                   -against-                              :
                                                          :               ORDER
INTELEX TECHNOLOGIES INC.,                                :
                                    Defendant.            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated May 11, 2020, required the parties to file a proposed case

management plan and joint letter seven (7) days before the initial pretrial conference;

        WHEREAS, the initial pretrial conference is currently scheduled for June 18, 2020, at

10:40 a.m.;

        WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on

the docket;

        WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan; it is hereby

        **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties

shall file the joint status letter and proposed case management plan as soon as possible and no

later than **June 15, 2020**, at **noon**.  If Plaintiff has not been in communication with Defendant,

Plaintiff shall file a status letter regarding the efforts to serve Defendant and request an

adjournment of the initial conference as soon as possible and no later than **June 15, 2020**, at

**noon**.

Dated: June 12, 2020
       New York, New York

                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE